IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEITH L. WILDER                                                      PLAINTIFF

v.                      No. 4:12-cv-486-DPM

BRIAN S. MILLER, Chief United
States District Judge, and
THOMAS RAY, United States
Magistrate Judge                                   DEFENDANT

## JUDGMENT

Wilder's complaint is dismissed with prejudice. The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action would be frivolous and not in good faith.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 October 2012